Christina S. Stokholm (SBN 242288)
christina@pachowicz.com
**LAW OFFICES OF MARK PACHOWICZ**
**A PROFESSIONAL LAW CORPORATION**
771 E. Daily Dr., Ste. 230
Camarillo, CA 93010
Ph: 805-987-4975  Fax: 805-456-0885
Attorneys for Plaintiff, ANTONIO GUTIERREZ MEDEL

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

ANTONIO GUTIERREZ MEDEL,

    Plaintiff,

        v.

COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, VENTURA COUNTY SHERIFF GEOFF DEAN, and DOES 1 through 50,

        Defendants.

Case No. **CV12  07502  ODW  AJWx**

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 AND CALIFORNIA STATE LAW**

**DEMAND FOR JURY TRIAL**

Plaintiff alleges:

1.     Plaintiff ANTONIO GUTIERREZ MEDEL ("Plaintiff") is, and at all times herein mentioned was, a resident of the County of Ventura, State of California.

2.     This Court has jurisdiction over Plaintiff's claims because this action arises under the United States Code, Title 42, Section 1983, as more fully described below.  Plaintiff further invokes the supplemental jurisdiction of this Court pursuant to United States Code, Title 28, Section 1367 to hear and decide

1

Plaintiffs' claims arising under state law.

3.     The Central District of California, Western Division, is the proper venue for this case because: (1) Defendants' principal places of business are in the County of Ventura, California; and (2) the events giving rise to Plaintiffs' claims occurred in the County of Ventura, California.

4.     Defendant COUNTY OF VENTURA (hereafter, "COUNTY") is a chartered subdivision of the State of California with the capacity to sue and be sued.  COUNTY operates, manages, directs and controls Defendant VENTURA COUNTY SFERIFF'S OFFICE (hereafter "VCSO"), also a separate public entity, which employs Defendant VENTURA COUNTY SHERIFF GEOFF DEAN (hereafter "DEAN") and DOES 1-25.  COUNTY is responsible for the actions, omissions, policies, procedures, practices and customs of its various agents and agencies, including VCSO, DEAN, DOES 1-25, and their agents and employees.  At all times relevant to the facts alleged herein, COUNTY was responsible for assuring that the actions, omission, policies, procedures, practices and customs of VCSO and its employees and agents complied with the laws of the United States, including the United States Constitution, and the laws of the State of California, including the California Constitution.

5.     Defendant DEAN is, and at all times herein mentioned was, the Sheriff of Ventura County, California.  He was charged by law with, and responsible for, the administration of VCSO and its employees, and for the supervision, training and hiring of persons, agents and employees working with in VCSO, including officers, deputies, medical staff, mental health staff, and DOES 1 through 25.

6.     Defendants sued herein as DOES 1 through 25 (hereafter, the "UNKNOWN DEPUTIES"), at all times herein mentioned, were Deputy Sheriffs employed by VCSO.  Their true names are unknown to Plaintiff.  Plaintiff requested this information from VCSO in November 2011, but the information

has not been provided.  Upon learning their identities, Plaintiff will move to amend this Complaint to show their true names.

7.    Defendants sued herein as DOES 26 through 35, at all times herein mentioned, were law enforcement officers, line supervisors, civilian staff, medical providers, and/or employees/agents of COUNTY and VCSO, and at all times herein mentioned acted within the course and scope of their relationship.  Plaintiff is ignorant of their true names because this information unascertainable as of the date of the filing of this Complaint.  Much of this information is protected by statute.  Upon learning their nexus to the incident described herein and their true identities, Plaintiff will move to amend this Complaint to show their true names and capacities.

8.    The true names and capacities of Defendants sued herein as DOES 36 through 50 are unknown to Plaintiff.  Plaintiff is ignorant of their true names and capacities because this information was unascertainable as of the date of the filing of this Complaint.  Upon learning their nexus to the incident described herein and their true identities, Plaintiff will move to amend this Complaint to show their true names and capacities.

## FACTUAL ALLEGATIONS

9.    On or about October 9, 2011, Plaintiff was arrested by VCSO deputies and taken to the Ventura County Jail where he was booked and held in custody.  Shortly after Plaintiff's arrest, bail was posted for Plaintiff's release.  While Plaintiff was still in custody and being processed for release, Plaintiff asked the UNKNOWN DEPUTIES about certain personal property that had been confiscated.  The UNKNOWN DEPUTIES refused to respond to Plaintiff's request and instead insisted that Plaintiff sign certain paperwork regarding the return of all confiscated personal property.  Plaintiff refused to sign the paperwork because he believed that all of the confiscated property had not been returned to Plaintiff.  The UNKNOWN DEPUTIES then used excessive and unreasonable

3

force in throwing Plaintiff to the ground, breaking Plaintiff's hand and injuring his arm. The UNKNOWN DEPUTIES then took Plaintiff to Ventura County Medical Center, where Plaintiff was provided with a splint for his arm.

10. As a proximate result of the conduct of the UNKNOWN DEPUTIES described in Paragraph 9 above, Plaintiff has suffered, and will continue to suffer, severe physical pain, loss of strength, humiliation, emotional distress, and mental anguish.

11. As a further proximate result of the conduct of the UNKNOWN DEPUTIES described herein, Plaintiff has incurred, and will continue to incur, medial and related expenses, including lost wages, in an amount to be determined according to proof.

12. As a further proximate result of the conduct of the UNKNOWN DEPUTIES described herein, Plaintiff has suffered damages to personal property, including two sets of keys.

13. As a further proximate result of the conduct of the UNKNOWN DEPUTIES described herein, Plaintiff has incurred, and will continue to incur, attorney fees in an amount according to proof.

### FIRST CLAIM FOR RELIEF
### VIOLATION OF 42 U.S.C., § 1983
### U.S. CONSTITUTION - FOURTEENTH AMENDMENT
### (UNLAWFUL PUNISHMENT)
### [AGAINST DOES 1 - 25]

14. Plaintiff incorporates into this First Claim for Relief each and every allegation set forth in Paragraphs 1 through 13 above.

15. The conduct of the UNKNOWN DEPUTIES, as described in Paragraph 9 above, deprived Plaintiff of his constitutional right to be free from unlawful punishment under the Fourteenth Amendment to the United States Constitution.

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. 1983 AND CALIFORNIA STATE LAW

16.     The UNKNOWN DEPUTIES, in throwing Plaintiff to the ground as described in Paragraph 9 above, acted in callous and reckless indifference to, and in intentional violation of, Plaintiff's right to be free from unlawful punishment within the meaning of the Fourteenth Amendment to the United States Constitution.

## SECOND CLAIM FOR RELIEF
## VIOLATION OF 42 U.S.C., § 1983
## U.S. CONSTITUTION - FOURTH AND FOURTEENTH AMENDMENTS
## (UNREASONABLE SEIZURE)
## [AGAINST DOES 1 - 25]

17.     Plaintiff incorporates into this Second Claim for Relief each and every allegation set forth in Paragraphs 1 through 16 above.

18.     The conduct of the UNKNOWN DEPUTIES, as described in Paragraph 9 above, deprived Plaintiff of his constitutional right to be free from unreasonable seizure within the meaning of the Fourth and Fourteenth Amendments to the United States Constitution.

19.     The UNKNOWN DEPUTIES, in throwing Plaintiff to the ground as described in Paragraph 9 above, acted in callous and reckless indifference to, and in intentional violation of, Plaintiff's right to be free from unreasonable seizure within the meaning of the Fourth and Fourteenth Amendments to the United States Constitution.

## THIRD CLAIM FOR RELIEF
## VIOLATION OF CALIFORNIA CONSTITUTION,
## ARTICLE I, SECTION 13
## (UNREASONABLE SEIZURE)
## [AGAINST COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S
## OFFICE, AND DOES 1 - 25]

20.     Plaintiff incorporates into this Third Claim for Relief each and every

allegation set forth in Paragraphs 1 through 19 above.

21.     While engaging in the conduct described in Paragraph 9 above, the UNKNOWN DEPITIES were acting within the scope of their employment with the COUNTY and VCSO.

22.     The conduct of the UNKNOWN DEPUTIES, as described in Paragraph 9 above, deprived Plaintiff of his constitutional right to be free from unreasonable seizure within the meaning of Article 1, Section 13 of the California Constitution.

## FOURTH CLAIM FOR RELIEF

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

## [AGAINST COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, AND DOES 1 - 25]

23.     Plaintiff incorporates into this Fourth Claim for Relief each and every allegation set forth in Paragraphs 1 through 22 above.

24.     The conduct of the UNKNOWN DEPUTIES as set forth in Paragraph 9 above was intentional and malicious and done for the purpose of causing Plaintiff to suffer humiliation, mental anguish, and emotional distress, and was done with a wanton and reckless disregard of the consequences to Plaintiff.

## FIFTH CLAIM FOR RELIEF

## NEGLIGENCE

## AGAINST COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, AND DOES 1 - 25

25.     Plaintiff incorporates into this Fifth Claim for Relief each and every allegation set forth in Paragraphs 1 through 24 above.

26.     At all times herein mentioned, the UNKNOWN DEPUTIES owed Plaintiff a duty to exercise reasonable care.

27.     The UNKNOWN DEPUTIES, in engaging in the conduct as set forth

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. 1983 AND CALIFORNIA STATE LAW

in Paragraph 9 above, breached their duty of care owed to Plaintiff, which proximately caused Plaintiff's injuries and losses as described herein.

## SIXTH CLAIM FOR RELIEF
## ASSAULT
## [AGAINST COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, AND DOES 1 - 25]

28.    Plaintiff incorporates into this Sixth Claim for Relief each and every allegation set forth in Paragraphs 1 through 27 above.

29.    The UNKNOWN DEPUTIES, in engaging in the conduct as set forth in Paragraph 9 above, intended to place Plaintiff in fear of great bodily harm.

30.    As a result of the UNKNOWN DEPUTIES' acts as set forth in Paragraph 9 above, Plaintiff, in fact, was placed in great apprehension of great bodily harm.

## SEVENTH CLAIM FOR RELIEF
## BATTERY
## [AGAINST COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, AND DOES 1 - 25]

31.    Plaintiff incorporates into this Seventh Claim for Relief each and every allegation set forth in Paragraphs 1 through 30 above.

32.    The UNKNOWN DEPUTIES, in engaging in the conduct as set forth in Paragraph 9 above, acted with the intent to make contact with Plaintiff's person, and did make contact with Plaintiff's person, which proximately caused Plaintiff's injuries and losses as described herein.

## EIGHTH CLAIM FOR RELIEF
## NEGLIGENT HIRING, SUPERVISION, RETENTION, AND TRAINING
## [AGAINST COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, VENTURA COUNTY SHERIFF GEOFF DEAN, AND DOES 26 - 50]

33.    Plaintiff incorporates into this Eighth Claim for Relief each and every allegation set forth in Paragraphs 1 through 32 above.

34.    At all times herein mentioned, Defendants owed Plaintiff a duty to ensure that the UNKNOWN DEPUTIES were competent to perform their jobs, properly supervised, and properly trained.

35.    Defendants breached the aforementioned duty by failing to ensure that the UNKNOWN DEPUTIES were competent to perform their jobs, properly supervised, and properly trained.

36.    Defendants' breach of their duty to ensure that the UNKNOWN DEPUTIES were competent to perform their jobs, properly supervised, and properly trained proximately caused Plaintiff's injuries and losses described herein.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. 1983 AND CALIFORNIA STATE LAW

1

2          WHEREFORE, Plaintiff prays judgment against Defendants, and each of

3   them, as follows:

4          1.     For general damages according to proof;

5          2.     For past, present and future special damages according to proof;

6          3.     For costs of suit and reasonable attorney fees as allowed by 42

7   U.S.C., § 1988;

8          4.     For exemplary damages against individual defendants where

9   appropriate; and

10         5.     For such other and further relief as the Court deems proper.

11                     ***PLAINTIFF DEMANDS A JURY TRIAL***

12                              Respectfully submitted,

13

14   Dated: 8/27/2012         **LAW OFFICES OF MARK PACHOWICZ**

                               **A PROFESSIONAL LAW CORPORATION**

15

16                         By: _____

17                              Christina S. Stokholm,

18                              Attorney for Plaintiff,
                                ANTONIO GUTIERREZ MEDEL

19

20

21

22

23

24

25

26

27

28

9

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. 1983 AND CALIFORNIA STATE LAW**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV12- 7502 ODW (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

1                                  Attachment to Summons

2   VENTURA COUNTY SHERIFF'S OFFICE

3   VENTURA COUNTY SHERIFF GEOFF DEAN

4   DOES 1 THROUGH 50

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev. 8/82)

AO-72

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

COPY

| I. (a) PLAINTIFFS (Check box if you are representing yourself □) | DEFENDANTS |
|---|---|
| ANTONIO GUTIERREZ MEDEL | COUNTY OF VENTURA, VENTURA COUNTY SHERIFF'S OFFICE, VENTURA COUNTY SHERIFF GEOFF DEAN, and DOES 1 THROUGH 50 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Christina S. Stokholm (242288) LAW OFFICES OF MARK PACHOWICZ, APLC 771 E. Daily Dr., Ste. 230, Camarillo, CA 93010 805-987-4975 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant  □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify):   □ 6 Multi-District Litigation   □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes   □ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes   ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ Damages According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. § 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | □ 370 Other Fraud | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 371 Truth in Lending | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 380 Other Personal Property Damage | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 385 Property Damage Product Liability | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | | □ 345 Marine Product Liability | **BANKRUPTCY** | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| | □ 151 Medicare Act | □ 350 Motor Vehicle | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 355 Motor Vehicle Product Liability | □ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| □ 490 Cable/Sat TV | | | | □ 610 Agriculture | □ 820 Copyrights |
| □ 810 Selective Service | | □ 360 Other Personal Injury | **CIVIL RIGHTS** | □ 620 Other Food & Drug | □ 830 Patent |
| □ 850 Securities/Commodities/ Exchange | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 362 Personal Injury-Med Malpractice | □ 441 Voting | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 875 Customer Challenge 12 USC 3410 | □ 160 Stockholders' Suits | □ 365 Personal Injury-Product Liability | □ 442 Employment | | **SOCIAL SECURITY** |
| □ 890 Other Statutory Actions | □ 190 Other Contract | □ 368 Asbestos Personal Injury Product Liability | □ 443 Housing/Acco-mmodations | | □ 861 HIA (1395ff) |
| □ 891 Agricultural Act | □ 195 Contract Product Liability | | □ 444 Welfare | □ 630 Liquor Laws | □ 862 Black Lung (923) |
| □ 892 Economic Stabilization Act | □ 196 Franchise | **IMMIGRATION** | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 863 DIWC/DIWW (405(g)) |
| □ 893 Environmental Matters | **REAL PROPERTY** | □ 462 Naturalization Application | | □ 650 Airline Regs | □ 864 SSID Title XVI |
| □ 894 Energy Allocation Act | □ 210 Land Condemnation | □ 463 Habeas Corpus-Alien Detainee | □ 446 American with Disabilities - Other | □ 660 Occupational Safety /Health | □ 865 RSI (405(g)) |
| □ 895 Freedom of Info. Act | □ 220 Foreclosure | □ 465 Other Immigration Actions | ☒ 440 Other Civil Rights | □ 690 Other | **FEDERAL TAX SUITS** |
| □ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | □ 230 Rent Lease & Ejectment | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 240 Torts to Land | | | | □ 871 IRS-Third Party 26 USC 7609 |
| □ 950 Constitutionality of State Statutes | □ 245 Tort Product Liability | | | | |
| | □ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: _____

**CV12  07502**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Antonio Gutierrez Medel - VENTURA COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| VENTURA COUNTY | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date August 27, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |